UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| BURNS & MCDONNELL ENGINEERING COMPANY, INC., and LOUISA ENVIRONMENTAL PROJECT PARTNERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TANK CONNECTION, L.L.C., NEIGHBORS & ASSOCIATES, INC., and CHARTIS SPECIALTY INSURANCE COMPANY, f/k/a AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Defendants. | No. 3:13-cv-00024-HDV-CFB<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

COME NOW the parties to this action and stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) that the above-captioned action is dismissed with prejudice, with each party responsible for its own costs, expenses, and attorneys' fees.

_____
Counsel for Chartis Specialty Insurance Company, f/k/a American International Specialty Lines Insurance Company

Debra L. Hulett
Nyemaster Goode, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309
T: (515) 283-3114
F: (515) 283-8045

_____
Counsel for Burns & McDonnell Engineering Company, Inc. and Louisa Environmental Project Partners, Inc.

Patrick W. Meyer (admitted *pro hac vice*)
Lamson, Dugan and Murray, LLP
10306 Regency Parkway Drive
Omaha, NE 68114-3743
T: (402) 397-7300
F: (402) 402-397-8924

1

*/s/ Edward L. Robinson*

Counsel for Tank Connection, L.L.C.
and Neighbors & Associates, Inc.

Edward L. Robinson (admitted *pro hac vice*)
Joseph Hollander & Craft LLC
500 N. Market
Wichita, KS 67214
T: (316) 262-9393
F: (316) 262-9006